```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**TEXTRON FINANCIAL CORPORATION**                                    **PLAINTIFF**

        **v.**                  **Civil No. 09-5251**

**A. CAMP EQUIPMENT, L.L.C., and**
**ANDREW JUDKINS**                                                   **DEFENDANTS**

## JUDGMENT

Now on this 28th day of December, 2010, for reasons set forth in an Order of even date herewith, the Court grants judgment in favor of Textron Financial Corporation and against Andrew Judkins in the amount of Nine Hundred Sixty-Eight Thousand Eight Hundred Eighteen and 38/100 Dollars ($968,818.38), with interest thereon at the rate of .30% per annum until paid, for all of which execution may issue.

    **IT IS SO ORDERED.**

                                                              **/s/ Jimm Larry Hendren**
                                                             **JIMM LARRY HENDREN**
                                                             **UNITED STATES DISTRICT JUDGE**